# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES E. SHELTON<br>11304 Hessler Road<br>Cleveland, Ohio 44106<br><br>           Plaintiff,<br><br>    v.<br><br>QUAKE ENERGY LLC<br>P.O. Box 6036<br>Austin, TX 78762<br><br>           Defendant. | )<br>)  CASE NO.<br>)<br>)  JUDGE<br>)<br>)<br>)<br>)  **NOTICE OF REMOVAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant Energy 95, LLC d/b/a Quake Energy LLC ("**Quake**"), gives notices of the removal of this Action from the Cuyahoga County Court of Common Please, Cuyahoga County, Ohio, to the United States District Court for the Northern District of Ohio, Eastern Division. In support of this Notice of Removal, Quake respectfully states as follows:

## PROCEDURAL STATUS OF CASE

1. On April 22, 2019, Plaintiff James E. Shelton commenced a civil action (the "**Action**") in the Common Pleas Court of Cuyahoga County, Ohio (the "**State Court**"), bearing the caption *James E. Shelton v. Quake Energy LLC.*, Case No. CV-19-914241. (*See* Complaint, **Exhibit 1**.) The Action is pending in the State Court.

2. On April 22, 2019, the Cuyahoga County Clerk of Courts issued a summons to Quake Energy. (*See* Summons, **Exhibit 2**.)

3. At the time of the filing of this Notice, Quake has not filed an Answer to Plaintiff's Complaint or otherwise appeared in the Action in State Court.

## BASIS FOR FEDERAL QUESTION JURISDICTION

4. The Action asserts claims for statutory violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("**TCPA**"), the Consumer Sales Practices Act, R.C. § 1345.01 *et seq.* ("**CSPA**"), and the Telephone Solicitation Sales Act, R.C. § 4719.01 *et seq.* ("**TSSA**"). (*See* Complaint, ¶¶ 1, 43-71.)

5. Removal of Plaintiff's claim is proper because this Court has original federal question jurisdiction over claims alleging violations of the TCPA. 28 U.S.C. §§ 1331, 1441(a); *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 386-87 (2012) ("Nothing in the text, structure, purpose, or legislative history of the TCPA calls for displacement of the federal question jurisdiction U.S. district courts ordinarily have under 28 U.S.C. §1331.")

## PROPRIETY OF REMOVAL

6. Pursuant to 28 U.S.C. §1446(a), the State Court Action is properly removable to this Court because it is within this Court's district and division. Further, all process, pleadings, and orders that have been filed in the State Court Action are attached.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice is timely because this Notice is filed within thirty days after receipt by Quake.

8. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal has or will promptly be filed with the State Court, and a written notice of this removal has been served on Plaintiff. A Notice of Removal filed in the State Court Action is attached as **Exhibit 3**.

9. By reason of the foregoing, Defendant Quake is entitled to have this Action removed from the Cuyahoga County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division, such being the district where the Action was filed and is pending.

10. Quake reserves all defenses, including but not limited to those under Fed. R. Civ. P. 12, and does not waive said defenses by the filing of this Notice of Removal.

**WHEREFORE**, Quake respectfully requests that this Action be removed from the Cuyahoga County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division, and that all proceedings hereinafter in this matter take place in the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,

*s/ David M. Krueger*
DAVID M. KRUEGER (0085072)
NORA K. COOK (0086399)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
E-mail:  dkrueger@beneschlaw.com
ncook@beneschlaw.com
*Attorneys for Defendant Energy 95, LLC d/b/a Quake Energy LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2019, a copy of the above pleading was served via the District Court ECM/ECF system, and by first class United States mail, postage prepaid, on the following:

Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
Reo@ReoLaw.org

*/s/ David M. Krueger*
David M. Krueger
*Attorneys for Defendant Energy 95, LLC d/b/a Quake Energy LLC*

3

12279884 v1