SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. | |
|---|---|---|---|
| CV19914241 | D1 CM | 38408629 | Rule 4 (B) Ohio |

Rules of Civil Procedure

## SUMMONS

JAMES E. SHELTON **PLAINTIFF**
VS
QUAKE ENERGY LLC **DEFENDANT**

QUAKE ENERGY LLC
P.O. BOX 6036
AUSTIN TX 78762

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plantiff's Attorney

BRYAN ANTHONY REO
PO BOX 5100

MENTOR, OH 44061-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

NANCY MARGARET RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Apr 22, 2019 |

COMPLAINT FILED   04/22/2019



CMSN130

# EXHIBIT 2