IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| JAMES E. SHELTON, | ) | CASE NO. CV-19-914241 |
| Plaintiff, | ) ) ) | JUDGE NANCY MARGARET RUSSO |
| vs. | ) ) ) | **NOTICE OF FILING NOTICE OF REMOVAL** |
| QUAKE ENERGY LLC, | ) ) | |
| Defendant. | ) ) | |

Please take notice that on May 7, 2019, Defendant Energy 95, LLC d/b/a Quake Energy LLC filed a Notice of Removal of the above-captioned action in the United States District Court for the Northern District of Ohio, Eastern Division. A true and accurate copy of the Notice of Removal is attached to this Notice as **Exhibit 1** (without attached exhibits) and is served and filed herewith.

Please take further notice that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Northern District of Ohio, Eastern Division, effects the removal of this action, and this Court may not proceed further in this case.

Respectfully submitted,

_s/ David M. Krueger_
DAVID M. KRUEGER (0085072)
NORA K. COOK (0086399)
**BENESCH FRIEDLANDER**
**COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: dkrueger@beneschlaw.com
ncook@beneschlaw.com
*Attorneys for Defendant Energy 95, LLC d/b/a Quake Energy LLC*

**EXHIBIT 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, I served a true and correct copy of the *Notice of Filing Notice of Removal* upon the following by depositing the same in the United States Mail, first class postage prepaid:

Bryan Anthony Reo
Reo Law LLC
P.O. Box 5100
Mentor, OH 44061
Reo@ReoLaw.org

       */s/ David M. Krueger*
       David M. Krueger
       Attorney for Defendant

12298493 v1