# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES SHELTON, | CASE NO. 1:19-CV-01024 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| QUAKE ENERGY LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff James Shelton and Defendant Quake Energy, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulate that each party shall bear their own attorneys' fees, costs, and expenses.

Dated: March 20, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Bryan Anthony Reo* | */s/ David M. Krueger* |
| Bryan Anthony Reo (0097470) | David M. Krueger (0085072) |
| Reo Law, LLC | Nora K. Cook (0086399) |
| P.O. Box 5100 | Benesch, Friedlander, Coplan & Aronoff LLP |
| Mentor, OH 44061 | 200 Public Square, Suite 2300 |
| Phone: (216) 505-0811 | Cleveland, Ohio 44114 |
| reo@reolaw.org | Phone: 216-363-4500 |
| | dkrueger@beneschlaw.com |
| *Attorney for Plaintiff* | ncook@beneschlaw.com |
| | |
| | *Attorneys for Defendant* |

1

**CERTIFICATE OF SERVICE**

 A copy of the foregoing was filed electronically on March 20, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ David M. Krueger*    
David M. Krueger

13250804 v1