# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES SHELTON, | CASE NO. 1:19-CV-01024 |
| Plaintiff, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| QUAKE ENERGY LLC, | |
| Defendant. | |

## ORDER

The Court, having considered the Stipulation of Dismissal with Prejudice, filed by Plaintiff James Shelton and Defendant Quake Energy, LLC, hereby orders that all claims and defenses asserted by any party in this matter are dismissed, with prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

**SO ORDERED.**

Dated: 3/20/2020

/s/ Solomon Oliver, Jr.
Hon. Solomon Oliver, Jr.
UNITED STATES DISTRICT COURT

13250806 v1